| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Brian J. Soo-Hoo**<br>**601 Parkcenter Drive, Ste. 105**<br>**Santa Ana, CA 92705-3543**<br>**(714) 589-2252 Fax: (714) 589-2254**<br>**228298**<br>**ecf@bankruptcylawpros.com**<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for Movant* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Paula Ann Wright**<br><br><br>Debtor(s). | CASE NO.:<br><br>CHAPTER: **7**<br><br>**DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

| Date: **August 4, 2016** | **Paula Ann Wright**<br>Printed name of Debtor 1 | **/s/ Paula Ann Wright**<br>Signature of Debtor 1 |
|---|---|---|

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 1                                    **F 1002-1.EMP.INCOME.DEC**

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                                  Printed name of Debtor 2         Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    **F 1002-1.EMP.INCOME.DEC**

 

# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716.

**Pay Period Beginning Date: 07-09-2016 through Ending Date: 07-22-2016**

221036961
PAULA A WRIGHT
12266 MICHIGAN ST
GRAND TERRACE, CA 92313

| Payee | Type | Account # | Amount |
|---|---|---|---|
| EFS NATIONAL BANK | CHECK DEPOSIT | xxxxxxxxxxxx3710 | $781.22 |
| | | **Total Amount** | **$781.22** |

**Deposit Date** 07-28-2016    **Advice #** 383313594

| W4 Withholding: | Tax Method: | Exemptions: | Additional Withholding: |
|---|---|---|---|
| Federal | Single | 0 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $14.0100 | 63.08 | $883.75 | $15,054.55 | FEDERAL TAX | $174.82 | $1,754.76 |
| OVERTIME EARN | $21.0150 | 1.85 | $38.88 | $1,082.04 | SOCIAL SECURITY | $104.87 | $1,353.17 |
| OVERTIME/INCT | | | $0.00 | $42.49 | CALIFORNIA | $36.29 | $315.10 |
| MYSHARE INCT | | | $0.00 | $629.98 | SDI | $12.34 | $159.20 |
| PTO PAY | $14.0100 | 32.00 | $448.32 | $560.40 | ST LEVY SLPN | $259.91 | $3,515.34 |
| HOLIDAY PAY | | | $0.00 | $94.93 | ADMIN FEE | $1.50 | $22.50 |
| BEREAVEMENT | | | $0.00 | $224.16 | CHECK DEPOSIT | $781.22 | $10,568.48 |
| | | | | | | | |
| PTO AVAILABLE | | 11.07 | | | | | |
| SICK AVAILABLE | | 44.88 | | | | | |
| WRKDHRS | | 64.93 | | | | | |
| PERS HRS AVAIL | | 16.14 | | | | | |

| | Earnings | Taxes | Deductions | Net Pay | | | |
|---|---|---|---|---|---|---|---|
| Current | $1,370.95 | $328.32 | $261.41 | $781.22 | | Deposit No. | Amt. of Deposit |
| Year to Date | $17,688.55 | $3,582.23 | $3,537.84 | $10,568.48 | | 383313594 | $781.22 |

**Would you like to receive your W-2 online? Click here for more information.**

Copyright © 2016 Wal-Mart Stores, Inc.

 

# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716.

Pay Period Beginning Date: 05-28-2016 through Ending Date: 06-10-2016

221036961
PAULA A WRIGHT
12266 MICHIGAN ST
GRAND TERRACE, CA 92313

| | Payee | Type | Account # | Amount |
|---|---|---|---|---|
| | EFS NATIONAL BANK | CHECK DEPOSIT | xxxxxxxxxxxx3710 | $648.94 |
| | | | Total Amount | $648.94 |

**Deposit Date**: 06-16-2016    **Advice #**: 379016825

| W4 Withholding: | Tax Method: | Exemptions: | Additional Withholding: |
|---|---|---|---|
| Federal | Single | 0 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $14.0100 | 78.68 | $1,102.31 | $12,197.35 | FEDERAL TAX | $137.71 | $1,323.81 |
| OVERTIME EARN | $21.0150 | 1.01 | $21.23 | $1,010.17 | SOCIAL SECURITY | $85.95 | $1,086.23 |
| OVERTIME/INCT | | | $0.00 | $42.49 | CALIFORNIA | $23.52 | $237.42 |
| MYSHARE INCT | | | $0.00 | $629.98 | SDI | $10.11 | $127.79 |
| HOLIDAY PAY | | | $0.00 | $94.93 | ST LEVY SLPN | $215.81 | $2,846.97 |
| BEREAVEMENT | | | $0.00 | $224.16 | ADMIN FEE | $1.50 | $18.00 |
| | | | | | CHECK DEPOSIT | $648.94 | $8,558.86 |
| PTO AVAILABLE | | 51.07 | | | | | |
| SICK AVAILABLE | | 44.88 | | | | | |
| WRKDHRS | | 79.69 | | | | | |
| PERS HRS AVAIL | | 16.14 | | | | | |

| | Earnings | Taxes | Deductions | Net Pay | | | |
|---|---|---|---|---|---|---|---|
| Current | $1,123.54 | $257.29 | $217.31 | $648.94 | | Deposit No. | Amt. of Deposit |
| Year to Date | $14,199.08 | $2,775.25 | $2,864.97 | $8,558.86 | | 379016825 | $648.94 |

**Would you like to receive your W-2 online? Click here for more information.**

Copyright © 2016 Wal-Mart Stores, Inc.




## Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716.

**Pay Period Beginning Date: 06-11-2016 through Ending Date: 06-24-2016**

221036961
PAULA A WRIGHT
12266 MICHIGAN ST
GRAND TERRACE, CA 92313

| Payee | Type | Account # | Amount |
|---|---|---|---|
| EFS NATIONAL BANK | CHECK DEPOSIT | xxxxxxxxxxxxx3710 | $585.04 |
| | | **Total Amount** | **$585.04** |

**Deposit Date**  **Advice #**
06-30-2016        380445572

| W4 Withholding: | Tax Method: | Exemptions: | Additional Withholding: |
|---|---|---|---|
| Federal | Single | 0 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $14.0100 | 70.75 | $991.21 | $13,188.56 | FEDERAL TAX | $119.97 | $1,443.78 |
| OVERTIME EARN | $21.0150 | 0.67 | $14.08 | $1,024.25 | SOCIAL SECURITY | $76.90 | $1,163.13 |
| OVERTIME/INCT | | | $0.00 | $42.49 | CALIFORNIA | $18.32 | $255.74 |
| MYSHARE INCT | | | $0.00 | $629.98 | SDI | $9.05 | $136.84 |
| HOLIDAY PAY | | | $0.00 | $94.93 | ST LEVY SLPN | $194.51 | $3,041.48 |
| BEREAVEMENT | | | $0.00 | $224.16 | ADMIN FEE | $1.50 | $19.50 |
| | | | | | CHECK DEPOSIT | $585.04 | $9,143.90 |
| PTO AVAILABLE | | 51.07 | | | | | |
| SICK AVAILABLE | | 44.88 | | | | | |
| WRKDHRS | | 71.42 | | | | | |
| PERS HRS AVAIL | | 16.14 | | | | | |

| | Earnings | Taxes | Deductions | Net Pay | | | |
|---|---|---|---|---|---|---|---|
| Current | $1,005.29 | $224.24 | $196.01 | $585.04 | | Deposit No. | Amt. of Deposit |
| Year to Date | $15,204.37 | $2,999.49 | $3,060.98 | $9,143.90 | | 380445572 | $585.04 |

**Would you like to receive your W-2 online? Click here for more information.**

Copyright © 2016 Wal-Mart Stores, Inc.

 

# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716.

**Pay Period Beginning Date: 06-25-2016 through Ending Date: 07-08-2016**

221036961
PAULA A WRIGHT
12266 MICHIGAN ST
GRAND TERRACE, CA 92313

| Payee | Type | Account # | Amount |
|---|---|---|---|
| EFS NATIONAL BANK | CHECK DEPOSIT | xxxxxxxxxxxxx3710 | $643.36 |
| | | **Total Amount** | **$643.36** |

**Deposit Date:** 07-14-2016   **Advice #:** 381878432

| W4 Withholding: | Tax Method: | Exemptions: | Additional Withholding: |
|---|---|---|---|
| Federal | Single | 0 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $14.0100 | 70.11 | $982.24 | $14,170.80 | FEDERAL TAX | $136.16 | $1,579.94 |
| OVERTIME EARN | $21.0150 | 0.90 | $18.91 | $1,043.16 | SOCIAL SECURITY | $85.17 | $1,248.30 |
| OVERTIME/INCT | | | $0.00 | $42.49 | CALIFORNIA | $23.07 | $278.81 |
| MYSHARE INCT | | | $0.00 | $629.98 | SDI | $10.02 | $146.86 |
| PTO PAY | $14.0100 | 8.00 | $112.08 | $112.08 | ST LEVY SLPN | $213.95 | $3,255.43 |
| HOLIDAY PAY | | | $0.00 | $94.93 | ADMIN FEE | $1.50 | $21.00 |
| BEREAVEMENT | | | $0.00 | $224.16 | CHECK DEPOSIT | $643.36 | $9,787.26 |
| | | | | | | | |
| PTO AVAILABLE | | 43.07 | | | | | |
| SICK AVAILABLE | | 44.88 | | | | | |
| WRKDHRS | | 71.01 | | | | | |
| PERS HRS AVAIL | | 16.14 | | | | | |

| | Earnings | Taxes | Deductions | Net Pay | | | |
|---|---|---|---|---|---|---|---|
| Current | $1,113.23 | $254.42 | $215.45 | $643.36 | | Deposit No. | Amt. of Deposit |
| Year to Date | $16,317.60 | $3,253.91 | $3,276.43 | $9,787.26 | | 381878432 | $643.36 |

**Would you like to receive your W-2 online? Click here for more information.**

Copyright © 2016 Wal-Mart Stores, Inc.